IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HARMEL GRANUEL DERECK, | * | |
| Petitioner, | * | Case No. 1:26-cv-00717-DLB |
| v. | * | |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Joint Status Report and Proposed Briefing Schedule filed by Petitioner, Harmel Granuel Dereck, and Respondents, Kristi Noem, Todd Lyons, Vernon Liggins, and Pamela Bondi, it is hereby,

**ORDERED**, that the following briefing schedule is **APPROVED**:

| Event | Deadline |
|---|---|
| Respondents to file response to Petition for Writ of Habeas Corpus | March 9, 2026 |
| Petitioner to file reply | March 19, 2026 |

It is further **ORDERED**, that the Second Amended Standing Order 2025-01 (ECF No. 2) is hereby **EXTENDED** pending further Order of this Court.

Dated: February 23, 2026

_____
Judge Deborah L. Boardman
United States District Court for the District of Maryland